**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADAM ZUCKERMAN**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LAST ENERGY, INC., et al.**<br><br>**Defendants.** | **Civil Action No. 1:26-cv-02837-CJN** |

**<u>DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Defendants Last Energy, Inc. ("Last Energy") and Bret Kugelmass ("Mr. Kugelmass") (collectively "Defendants"), by and through their undersigned counsel, respectfully submit this Motion to Dismiss Plaintiff Adam Zuckerman's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

In support of their Motion, Defendants respectfully submit the accompanying Memorandum of Points and Authorities, and proposed Order, both of which are incorporated by reference herein and filed contemporaneously herewith.

September 8, 2026

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: */s/ Meredith Schramm-Strosser*
Meredith Schramm-Strosser, Bar No. 1012077
Chelsie L. Smith, Bar No. 1614643
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
MSchramm-Strosser@littler.com
CLSmith@littler.com
202.772.2531 telephone
202.330.5014 facsimile

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing systems, and served copies of the foregoing via email upon the following:

Rebecca S. LeGrand
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 587-5725
rebecca@legrandpllc.com

Scott Shuchart
Shuchart PLLC
5636 Connecticut Ave., NW #42289
Washington, DC 20015
(202) 527-9026
scott@shuchartlaw.com

*Counsel for Adam Zuckerman*

*/s/ Meredith Schramm-Strosser*