**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADAM ZUCKERMAN**<br>**Plaintiff,**<br>**v.**<br>**LAST ENERGY, INC., et al.**<br>**Defendants.** | **Civil Action No. 1:26-cv-02837-CJN** |

**[PROPOSED] ORDER**

Under consideration of Defendants Last Energy, Inc.'s and Bret Kugelmass's Motion to Dismiss Plaintiff's Complaint, any opposition and reply thereto, and the entire record herein, it is hereby:

ORDERED that Defendants' Motion is GRANTED; and

IT IS FURTHER ORDERED that the Complaint shall be dismissed in its entirety and WITH PREJUDICE; and

IT IS FURTHER ORDERED that the Clerk shall be directed to close the case.

SO ORDERED this __________ day of ________________, 2026.

______________________________________
Honorable Carl J. Nichols
U.S. District Court Judge