**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADAM ZUCKERMAN,

*Plaintiff*,

v.

LAST ENERGY, INC., *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-02646 (CJN)

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO MOTION TO DISMISS**

In accordance with Rule 6(b) of the Federal Rules of Civil Procedure, and Section 9 of the Court's Standing Order, Plaintiff Adam Zuckerman, through undersigned counsel, requests a seven-day extension to the current September 22, 2026, deadline for filing an opposition to Defendants' pending motion to dismiss. In support of this motion, Plaintiff states:

1. On July 14, 2026, Plaintiff Adam Zuckerman filed a Complaint against Defendants Last Energy, Inc. and Bret Kugelmas in the Superior Court of the District of Columbia.

2. On August 11, 2026, Defendants removed this action to the United States District Court for the District of Columbia.

3. Defendants filed a Motion to Dismiss Plaintiff Zuckerman's Complaint on September 8, 2026. ECF No. 10 (Motion to Dismiss).

4. In the absence of an extension, the deadline for filing a memorandum of points and authorities in opposition to the pending Motion to Dismiss is September 22, 2026. LCvR 7(b).

5. Plaintiff has not previously sought any extensions of time in this matter.

6. Defendants, with the consent of Plaintiff, previously sought a 21-day extension to the otherwise-applicable deadline for responding to the Complaint. ECF No. 6 (Consent Motion for Extension). Defendants' request for an extension was granted on August 14, 2026.

7. Plaintiff now seeks a brief seven-day extension to the existing opposition deadline in order to respond fully to the arguments presented in Defendants' Motion to Dismiss, while also balancing previously scheduled case deadlines, and upcoming religious holidays.

8. The requested brief extension will not impact any existing deadlines in this matter.

9. In accordance with Local Rule 7(m), undersigned counsel contacted counsel for the Defendants before filing this motion, and the Defendants consent to requested extension.

10. Federal Rule of Civil Procedure 6(b)(1)(A) provides in pertinent part that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time[] . . . if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A).

11. Plaintiff respectfully submits that there is good cause to extend the existing opposition deadline by seven days given the information set forth above.

WHEREFORE, Plaintiff Adam Zuckerman respectfully requests that the Court grant this Motion as set forth in the attached proposed order, extending his deadline for filing an opposition to the pending Motion to Dismiss to September 29, 2026.

Dated: September 18, 2026

Respectfully submitted,

*s/ Rebecca S. LeGrand*
Rebecca S. LeGrand (Bar No. 493918)
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Phone: (202) 587-5725
rebecca@legrandpllc.com

Scott Shuchart
Shuchart PLLC (Bar No. 1531377)
5636 Connecticut Ave., NW #42289
Washington, DC 20015
Phone: (202) 527-9026
scott@shuchartlaw.com

*Counsel for Plaintiff Adam Zuckerman*