**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADAM ZUCKERMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>LAST ENERGY, INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-02646 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion seeking a seven-day extension of time to respond to Defendants' Motion to Dismiss, it is hereby

ORDERED, that Plaintiff's Motion is GRANTED; and it is further

ORDERED, that Plaintiff shall file his opposition to the Motion to Dismiss on or before September 29, 2026.

Dated: September ___, 2026

_________________________________
HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE