**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADAM ZUCKERMAN,<br>*Plaintiff*,<br><br>v.<br><br>LAST ENERGY, INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-02646 (CJN) |

**JOINT STATUS REPORT RESPONDING TO**
**THE COURT'S SEPTEMBER 22, 2026, ORDER**

Pursuant to the Court's September 22, 2026, minute order, and the Court's standing order in civil cases, the parties have met and conferred regarding referral of this case to a Magistrate Judge for full case management.

One or more parties objects to the referral of this matter to a Magistrate Judge.

Dated: September 28, 2026

Respectfully Submitted,

*/s/ Rebecca S. LeGrand*
Rebecca S. LeGrand (D.C. Bar 493918)
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Phone: (202) 587-5725
rebecca@legrandpllc.com

Scott Shuchart (DC Bar 1531377)
Shuchart PLLC
5636 Connecticut Ave., NW #42289
Washington, DC 20015
Phone: (202) 527-9026
scott@shuchartlaw.com

*Counsel for Plaintiff*

*/s/ Meredith Schramm-Strosser*
Meredith Schramm-Strosser, Bar No. 1012077
Chelsie L. Smith, Bar No. 1614643
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
MSchramm-Strosser@littler.com
CLSmith@littler.com
202.772.2531 telephone
202.330.5014 facsimile

*Counsel for Defendants*