**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADAM ZUCKERMAN**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LAST ENERGY, INC., et al.**<br><br>**Defendants.** | **Civil Action No. 1:26-cv-02837-CJN** |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

In accordance with Rules 6(b) of the Federal Rules of Civil Procedure and 7(m) of the Local Rules of the U.S. District Court for the District of Columbia, Defendants Last Energy, Inc. ("Last Energy") and Bret Kugelmass ("Mr. Kugelmass") (collectively "Defendants"), by their undersigned counsel, and with the consent of Plaintiff Adam Zuckerman ("Plaintiff"), respectfully requests a seven (7) day extension of time to file a reply in support of Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion").

1. On September 8, 2026, Defendants filed their Motion to Dismiss Plaintiff's Complaint. (ECF No. 10).

2. On September 18, 2026, Plaintiff filed a Consent Motion for an Extension of Time to File an Opposition to Defendants' Motion, requesting an extension until September 29, 2026, to file Plaintiff's response. (ECF No. 11). The Court granted this motion. (ECF No. 12).

3. On September 29, 2026, Plaintiff filed his Opposition to Defendants' Motion.

4. Pursuant to Local Rule 7(d), a party must file a reply within seven (7) days after service of the opposition. Defendants' reply is currently due on or before October 6, 2026.

5. In accordance with Local Rule 7(m), on August 12, 2026, undersigned counsel conferred with counsel for Plaintiff regarding an extension to file a reply in support of Defendants' Motion. Plaintiff consented to the relief requested herein.

6. Defendants respectfully request a 7-day extension, up to and including October 13, 2026, to file their reply in support of their Motion to Dismiss Plaintiff's Complaint.

7. Rule 6(b)(1)(A) provides in pertinent part that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time[] . . . if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A).

8. Good cause exists for this Court to grant Defendants' request for an extension of time. Defendants' counsel has competing professional and personal obligations, including but not limited to preparing for an arbitration that was scheduled for October 5-7, 2026, and, as a result, requires additional time to review Plaintiff's arguments in opposition to Defendants' Motion

9. No prior requests to extend this deadline have been made, and the purpose of this extension is not to cause undue delay of the proceedings. Moreover, no party will be prejudiced by this extension.

10. For good cause shown, the Court should extend the deadline for Defendants to file a reply in support of Defendants' Motion to Dismiss Plaintiff's Complaint until, and including, October 13, 2026.

11. A proposed Order granting this Motion has been submitted for the Court's consideration.

WHEREFORE, for the reasons stated herein and for good cause shows, Defendants Last Energy, Inc. and Bret Kugelmass respectfully request that the Court grant its request for an

extension of time to file a reply in support of Defendants' Motion to Dismiss Plaintiff's Complaint and enter the attached Order extending the deadline to October 13, 2026.

October 5, 2026

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: */s/ Meredith Schramm-Strosser*
Meredith Schramm-Strosser, Bar No. 1012077
Chelsie L. Smith, Bar No. 1614643
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
MSchramm-Strosser@littler.com
CLSmith@littler.com
202.772.2531 telephone
202.330.5014 facsimile

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 5, 2026, the foregoing was filed with this Court via the CM/ECF system and it was served via the same method upon:

Rebecca S. LeGrand
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 587-5725
rebecca@legrandpllc.com

*Counsel for Adam Zuckerman*

*/s/ Meredith Schramm-Strosser*