**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADAM ZUCKERMAN**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LAST ENERGY, INC., et al.**<br>5<br><br>**Defendants.** | **Civil Action No. 1:26-cv-02837-CJN** |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to File a Reply in support of their Motion to Dismiss Plaintiff's Complaint ("Motion"), and for good cause shown, it is on this ____ day of _____________, 2026, hereby

ORDERED, that Defendants' Motion is GRANTED; and it is further

ORDERED, that Defendants shall have up to and including October 13, 2026 to file their Reply in support of their Motion to Dismiss Plaintiff's Complaint.

______________________________
Honorable Carl J. Nichols
U.S. District Court Judge